# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 71944 **FILED** |
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72064 |
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72065 |
| HIGINIO CAUSSE BARRERA,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72066 |

FEB 21 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

On December 12, 2016, and December 23, 2016, appellant filed the notices of appeal. No appealable orders were designated in the notices

of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Jennifer P. Togliatti, District Judge
Higinio Causse Barrera
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk